

Entered on Docket
February 03, 2011

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

1 | KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
2 | 201 Las Vegas Blvd South Suite 200
Las Vegas, NV  89101
3 | (702) 853-0700

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| IN RE: | Chapter 13 |
| **ZEFERINO GONZALEZ** | BKS-10-33119-LBR |
| **LILLIANA GONZALEZ** | |
| | Hearing Date: N/A |
| Debtors | Hearing Time: N/A |
| **PRO SE DEBTOR** | |
| **Attorney for Debtors** | |

**EX-PARTE ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

   As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not filed Schedules A-J, Statement of Financial Affairs, Chapter 13 Plan as required within the forty-five (45) day period, which expired on January 27, 2011.

. . .

. . .

. . .

1

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

**IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as and for administrative expenses from the balance on hand in this case, if any.

**IT IS SO ORDERED.**

Submitted by:

/s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: February 02, 2011
(alr)